# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

---------------------------------------------------------------------------x

Linda Pratt,                                            Civil Action No:
                                                        5:24-cv-11011

                                    Plaintiff,

            -v.-

Midland Credit Management, Inc.

                                    Defendants.
---------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL
IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant, that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that the above entitled action specifically with regard to

Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or

disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above

entitled action pursuant hereto.

Dated: January 16, 2025                          Respectfully Submitted,

                                                  _/s/Yaakov Saks_____
                                                  Yaakov Saks, Esq.
                                                  **Stein Saks, PLLC**
                                                  One University Plaza
                                                  Hackensack, NJ 07601
                                                  Ysaks@steinsakslegal.com
                                                  Tel. 201-282-6500
                                                  Fax 201-282-6501
                                                  *Attorneys for Plaintiff*

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 16th day of January, 2025          Respectfully Submitted,

                                        */s/ Yaakov Saks*
                                        Yaakov Saks